**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

TRINITY FRUIT COMPANY, INC.,

Plaintiff,

v. Case No.: 26cv1152 JFR/SCY

RANCHO DE SANTA FE, LLC and
EDDIE VELARDE,

Defendants.

**ORDER TO SHOW CAUSE**

This matter is before the Court sua sponte following review of the answer filed by Eddie Velarde on behalf of himself and Defendant Rancho de Santa Fe, LLC. Doc. 12. The answer was signed by Defendant Velarde, who does not appear to be an attorney. *Id.* While Defendant Velarde can appear pro se for himself, he cannot represent Defendant Rancho de Santa Fe, LLC pro se. That is, Defendant Rancho de Santa Fe, LLC is not a natural person and this district's local rules require that an entity other than a natural person be represented by an attorney. D.N.M.LR-Civ. 83.7; *see also Harrison v. Wahatoyas, LLC*, 253 F.3d 552, 556 (10th Cir. 2001) ("[A] corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se."). Without an attorney, "any filings made by the corporation, partnership or business entity other than a natural person may be stricken and default judgment or other sanctions imposed." D.N.M.LR-Civ. 83.8(c).

**IT IS THEREFORE ORDERED** that, by **November 4, 2026**, Defendant Rancho de

Santa Fe, LLC, must file a notice of appearance of counsel or show cause in writing why its answer should not be stricken and default judgment or other sanctions imposed.

Steven C. Yarbrough
United State Magistrate Judge